**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01095-CV

**AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC, Appellants**

**V.**

**AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04018-2013**

## ORDER

By letter dated December 2, 2014, Court Reporter Shawn Gant requested an extension of time to file the reporter's record until January 9, 2015. We **GRANT** the request. The reporter's record shall be filed by January 9, 2015.

/s/     CRAIG STODDART
        JUSTICE